| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial) SELYA, BRUCE M | 2. Court or Organization UNITED STATES COURT OF APPEALS | 3. Date of Report 5/15/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) US CIRCUIT JUDGE - ACTIVE | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ⊙ Annual ○ Final | 6. Reporting Period 1/1/2003 to 12/31/2003 |
| 7. Chambers or Office Address 311 FEDERAL COURTHOUSE PROVIDENCE, RI 02903 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)
☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. SEE ATTACHED SCHEDULE | |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)
☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED May 19 10 53 AM '04 FINANCIAL DISCLOSURE OFFICE

## II. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Incom

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | JUL 7-11 | BRANDEIS UNIVERSITY   TEACHING FEE | 2500 |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | AMERICAN SOCIETY FOR BARIATRIC SURGERY | JUNE 17 - 18; PRESENTATION OF PROFESSIONAL ASSOCIATION; TRANSPORTATION & MEALS |
| 2. | THE RAINBOW EYE FOUNDATION / HAWAIIAN OPTHAMOLOGY PARTNERSHIP | JANUARY 18 - 25; EDUCATIONAL SEMINAR; TRANSPORATION, MEALS & LODGING |
| 3. | UNIVERSITY OF VA LAW SCHOOL | APRIL 4 - 6; EDUCATIONAL SEMINAR; TRANSPORTATION, MEALS & LODGING |
| 4. | BRANDEIS UNIVERSITY | JULY 7 - 11; EDUCATIONAL SEMINAR; TRANSPORATION, MEALS & LODGING |

## V. GIFTS. (Includes these to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE  - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | METROPOLITAN LIFE INSURANCE CO. | POLICY LOANS | J |
| 2. | FLEET NATIONAL BANK | MORTGAGE (BLACKSTONE ASSOC-20%) | N |
| 3. | FRANKLIN LIFE INSURANCE CO. | POLICY LOANS | J |
| 4. | CONNECTICUT MUTUAL LIFE INS. | POLICY LOANS | J |
| 5. | MUTUAL OF NEW YORK | POLICY LOANS | J |
| 6. | PHOENIX MUTUAL INSURANCE CO. | POLICY LOANS | K |
| 7. | BANK RHODE ISLAND | MORTGAGE (FRIENDSHIP RLTY GRP-40%) | N |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. BROKERAGE ACCOUNT # 1 | | | | | | | | | |
| 2. BLACKSTONE ASSOC 20% UNIMPROV RE/NR LITTLE COMPTON & PROV RI | E | Rent | | | SELL | 6/30 | N | G | K LAFAZIA J REYNOLDS |
| 3. FRIENDSHIP REALTY 40% APARTMENT BUILDING LINCOLN RI | E | Rent | N | W | | | | | |
| 4. IL ASSOCIATES 14.286% UNIMPROV HOUSE LOTS/NR S KINGSTOWN RI | | None | | | | | | | DEFUNCT |
| 5. MASSACHUSETTS INVESTOR TRUST MUTUAL FUND | A | Dividend | J | T | | | | | |
| 6. ORBIS INC 1.9% COMMON STOCK | | None | J | W | | | | | |
| 7. PHOENIX COMMON STOCK | A | Dividend | J | T | | | | | |
| 8. POCASSET VILLAGE ASSOC 2.5% APARTMENT BUILDING CRANSTON RI | D | Rent | K | W | | | | | |
| 9. 33.33% INTEREST REAL ESTATE JOHNSTON, RI | | None | L | W | | | | | |
| 10. ROHM & HAAS COMMON STOCK | G | Dividend | P2 | T | | | | | |
| 11. SELYA PROPERTIES 50% CONDO PROVIDENCE RI | C | Rent | L | W | | | | | |
| 12. SILVER RESOURCES, INC COMMON STOCK | | None | J | W | | | | | |
| 13. SUGARMAN PROPERTIES, INC UNIMPROV RE SK & HOPKINGTON RI | | None | | | | | | | DEFUNCT |
| 14. BROKERAGE ACCOUNT # 2 | | | | | | | | | |
| 15. BANK RHODE ISLAND CHECK\SAV PROV RI | B | Interest | M | T | | | | | |
| 16. CAMBRIDGE SAVINGS BANK SAVINGS ACCT CAMBRIDGE MA | A | Interest | L | T | | | | | |
| 17. CITIZENS SAVINGS BANK SAVINGS ACCT PROV RI | B | Interest | M | T | | | | | |
| 18. FIDELITY SERVICE COMPANY DAILY INCOME TRUST MONEY MKT | A | Dividend | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
(See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
(See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Code: Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
(See Column C2)  U = Book Value  V = Other  W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 19. FLEET NATIONAL BANK CHECK\SAV ACCT PROV RI | C | Interest | N | T | | | | | |
| 20. FLEET NATIONAL BANK IRA CD\SAV ACCT | A | Interest | J | T | | | | | |
| 21. PROV FED POSTAL EMPLOYEES CU CHECK\SAV ACCT PROV RI | A | Interest | J | T | | | | | |
| 22. SOVEREIGN BANK CHECK\SAV ACCT PROV RI | A | Interest | J | T | | | | | |
| 23. BROKERAGE ACCOUNT # 3 | | | | | | | | | |
| 24. CONN MUTUAL LIFE INS CO CSV - INSURED | | None | K | W | | | | | |
| 25. FRANKLIN LIFE INS CO CSV - INSURED | | None | K | W | | | | | |
| 26. METROPOLITAN LIFE INSURANCE CO CSV - INSURED | | None | K | W | | | | | |
| 27. MUTUAL OF NEW YORK CSV - INSURED | | None | K | W | | | | | |
| 28. PHOENIX MUTUTAL LIFE INS CO CSV | | None | K | W | | | | | |
| 29. BROKERAGE ACCOUNT # 4 | | | | | | | | | |
| 30. BRISTOL WARREN RI REGIONAL SCHOOL DISTRICT MUNI BOND | B | Interest | K | T | | | | | |
| 31. MERRILL LYNCH CASH MNGMT ACCT. | A | Dividend | K | T | | | | | |
| 32. PAWTUCKET RI BOND MUNI BOND | C | Interest | L | T | | | | | |
| 33. PROVIDENCE RI PUBLIC BUILDINGS BOND | C | Interest | M | T | BUY | 6/20 | L | | |
| 34. PUERTO RICO COMM BONDS MUNI BOND | D | Interest | | | SELL | 7/1 | K | A | |
| 35. PUERTO RICO ELECTRIC POWER BONDS MUNI BOND | C | Interest | K | T | BUY \ SELL | 1/31 | K | A | ADDL BUY & PARTIAL |
| 36. PR PUBLIC BUILDINGS AUTHORITY MUNI BOND | C | Interest | L | T | PS | 1/2 | J | A | PARTIAL SALE |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   ● = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. RHODE ISLAND CONS BONDS MUNI BOND | D | Interest | M | T | | | | | |
| 38. RHODE ISLAND CONVENTION CENTER AUTHORITY MUNI BOND | A | Dividend | K | T | | | | | |
| 39. RHODE ISLAND DEPOSITORS BONDS MUNI BOND | D | Interest | M | T | | | | | |
| 40. RI HEALTH & EDUCATIONAL BUILDING CORP MUNI BOND | E | Interest | N | T | BUY \ SELL | 6/2 | M | A | ADDL BUY & PARTIAL |
| 41. RI HOUSING & MORTGAGE FINANCE CORP BONDS MUNI BOND | D | Interest | M | T | | | | | |
| 42. RI PROV PLANTATIONS BOND MUNI BOND | C | Interest | L | T | | | | | |
| 43. WARWICK RI BOND MUNI BOND | A | Interest | K | T | | | | | |
| 44. BROKERAGE ACCOUNT # 5 | | | | | | | | | |
| 45. AGILENT TECHNOLOGIES INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 46. GLAXO SMITHKLINE PLC COMMON STOCK | A | Dividend | K | T | | | | | |
| 47. HEWLETT PACKARD CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 48. INTEL CORP COMMON STOCK | A | Dividend | K | T | | | | | |
| 49. NTN COMMUNICATIONS INC. COMMON STOCK | A | Dividend | L | T | | | | | |
| 50. SMITH BARNEY CASH FUND | A | Dividend | J | T | | | | | |
| 51. WELLS FARGO & CO COMMON STOCK | A | Dividend | K | T | | | | | |
| 52. BROKERAGE ACCOUNT # 6 | | | | | | | | | |
| 53. ANADARKO PETRO CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 54. AT&T COMMON STOCK | A | Dividend | | | SELL | 2/10 | J | A | |

1. Income/Gain Codes: A = $1,000 or less  B = $1,001-$2,500  C = $2,501-$5,000  D = $5,001-$15,000  E = $15,001-$50,000
   (See Columns B1 and D4)  F = $50,001-$100,000  G = $100,001-$1,000,000  H1 = $1,000,001-$5,000,000  H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less  K = $15,001-$50,000  L = $50,001-$100,000  M = $100,001-$250,000
   (See Columns C1 and D3)  N = $250,000-$500,000  O = $500,001-$1,000,000  P1 = $1,000,001-$5,000,000  P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000  P4 = More than $50,000,000
3. Value Method Codes  Q = Appraisal  R = Cost (Real Estate Only)  S = Assessment  T = Cash/Market
   (See Column C2)  U = Book Value  V = Other  W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 55. AT&T WIRELESS      COMMON STOCK | A | Dividend | J | T | | | | | |
| 56. COMCAST CORP  COMMON STOCK | A | Dividend | | | SELL | 11/4 | J | A | |
| 57. GALAXY TAX EXEMPT FUND TRUST CLASS      MUTUAL FUND | B | Dividend | M | T | | | | | |
| 58. MA INVESTORS TRUST      MUTUAL FUND | A | Dividend | J | T | | | | | |
| 59. MAXCO, INC.      COMMON STOCK | A | Dividend | J | T | | | | | |
| 60. NORTEK, INC.      COMMON STOCK | A | Dividend | | | SELL | 1/9 | J | A | |
| 61. ONEOK, INC.      COMMON STOCK | A | Dividend | J | T | | | | | |
| 62. PERKINELMER INC.      COMMON STOCK | A | Dividend | J | T | | | | | |
| 63. PINNACLE WEST      COMMON STOCK | A | Dividend | J | T | | | | | |
| 64. QWEST COMMUNICATIONS      COMMON STOCK | A | Dividend | J | T | | | | | |
| 65. SOUTH AMERICAN MINERALS      COMMON STOCK | A | Dividend | J | T | | | | | |
| 66. TEXTRON, INC.      COMMON STOCK | B | Dividend | K | T | | | | | |
| 67. UNION PAC CORP      COMMON STOCK | A | Dividend | K | T | | | | | |
| 68. VERIZON COMMUNICATIONS  COMMON STOCK | A | Dividend | J | T | | | | | |
| 69. WASHINGTON TRUST  COMMON  STOCK | A | Dividend | J | T | | | | | |
| 70. BROKERAGE ACCOUNT # 7 | | | | | | | | | |
| 71. AMERICAN INTER'L GROUP INC    COMMON STOCK | A | Dividend | J | T | | | | | |
| 72. AMERICAN PWR CONVERSION  COMMON STOCK | A | Dividend | J | T | BUY | 12/23 | J | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| SELYA, BRUCE M | 5/15/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div, rent or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. AMGEN INC   COMMON STOCK | A | Dividend | J | T | BUY | 5/15 | J | | |
| 74. APACHE CORP COMMON STOCK | A | Dividend | J | T | PS | 12/23 | J | A | PARTIAL SALE |
| 75. AUTOMATIC DATA PROCESSING INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 76. BANK NEW YORK INC.   COMMON STOCK | A | Dividend | J | T | | | | | |
| 77. CARDINAL HEALTH INC.   COMMON STOCK | A | Dividend | J | T | | | | | |
| 78. CISCO SYS INC.   COMMON STOCK | A | Dividend | J | T | PS | 12/23 | J | A | PARTIAL SALE |
| 79. CITIGROUP INC   COMMON STOCK | A | Dividend | J | T | BUY | 12/23 | J | | |
| 80. CLEAR CHANNEL COMMUNICATIONS COMMON STOCK | A | Dividend | J | T | | | | | |
| 81. COX COMMUNICATIONS INC NE COMMON STOCK | A | Dividend | J | T | BUY | 4/7 | J | | |
| 82. DOW CHEM CO   COMMON STOCK | A | Dividend | J | T | BUY | 5/23 | J | | |
| 83. EXXON MOBIL CORP   COMMON STOCK | A | Dividend | J | T | | | | | |
| 84. FEDERAL NATIONAL MORTGAGE ASSN COMMON STOCK | A | Dividend | | | SELL | 7/18 | J | A | |
| 85. FLEXTRONICS INTL LTD   ORD COMMON STOCK | A | Dividend | J | T | BUY | 8/20 | J | | |
| 86. GENERAL DYNAMICS CORP COMMON STOCK | A | Dividend | | | SELL | 12/23 | J | A | |
| 87. GENERAL ELECTRIC CO.   COMMON STOCK | A | Dividend | J | T | ADD'L PURCH. | 9/4 | J | A | |
| 88. GUIDANT CORP   COMMON STOCK | A | Dividend | | | SELL | 6/13 | J | A | |
| 89. HOME DEPOT INC.   COMMON STOCK | A | Dividend | J | T | PS | 11/18 | J | A | PARTIAL SALE |
| 90. INTEL CORP   COMMON STOCK | A | Dividend | J | T | PS | 12/23 | J | A | PARTIAL SALE |

1. Income/Gain Codes: (See Columns B1 and D4)  A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)  J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes: (See Column C2)  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 91. INTERNATIONAL BUSINESS MACHINE COMMON STOCK | A | Dividend | J | T | | | | | |
| 92. JOHNSON & JOHNSON COMMON STOCK | A | Dividend | J | T | | | | | |
| 93. LILLY ELI & CO COMMON STOCK | A | Dividend | J | T | BUY | 11/14 | J | | |
| 94. MAXIM INTEGRATED PRODS INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 95. MBNA CORP COMMON STOCK | A | Dividend | J | T | PS | 11/18 | J | A | PARTIAL SALE |
| 96. MEDCO HEALTH SOLUTIONS COMMON STOCK | A | Dividend | J | T | BUY\SELL | 8/19 | J | A | |
| 97. MEDTRONIC INC COMMON STOCK | A | Dividend | J | T | BUY | 6/25 | J | A | |
| 98. MERCK & CO. INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 99. MORGAN STANLEY DEAN WITTER & CO. COMMON STOCK | A | Dividend | J | T | | | | | |
| 100. NEXTEL COMMUNICATIONS INC. COMMON STOCK | A | Dividend | J | T | SELL | 3/7 | J | A | |
| 101. ORACLE CORP. COM COMMON STOCK | A | Dividend | J | T | | | | | |
| 102. PEPSICO INC. COMMON STOCK | A | Dividend | J | T | | | | | |
| 103. PFIZER INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 104. PROGRESSIVE CORP OHIO COMMON STOCK | A | Dividend | J | T | | | | | |
| 105. SCHLUMBERGER LTD COMMON STOCK | A | Dividend | J | T | | | | | |
| 106. SEALED AIR CORP NEW COMMON STOCK | A | Dividend | J | T | BUY | 3/21 | J | | |
| 107. STAPLES INC COMMON STOCK | A | Dividend | J | T | PS | 12/23 | J | A | PARTIAL SALE |
| 108. TIME WARNER <FORMERLY AOL TIME WARNER> COMMON STOCK | A | Dividend | J | T | | | | | NAME CHANGE |

| 1. Income/Gain Codes: (See Columns B1 and D4) | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: (See Columns C3) | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| | U = Book Value | V = Other | W = Estimated | | |

| | Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | Type (e.g. div. rent or int.) | Value Code 2 (J-P) | Value Method Code 3 (Q-W) | Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 109. | UNITED TECHNOLOGIES CORP COMMON STOCK | A | Dividend | J | T | | | | | |
| 110. | VERIZON COMMUNICATIONS COMMON STOCK | A | Dividend | J | T | | | | | |
| 111. | VIACOM INC CL B COMMON STOCK | A | Dividend | J | T | | | | | |
| 112. | WALMART STORES INC COMMON STOCK | A | Dividend | J | T | | | | | |
| 113. | WALGREEN CO COMMON STOCK | A | Dividend | J | - T | | | | | |
| 114. | WYETH COMMON STOCK | A | Dividend | J | T | | | | | |
| 115. | 3M CORP COMMON STOCK | A | Dividend | J | T | PS | 9/4 | J | A | PARTIAL SALE |
| 116. | RI HEALTH & ED BLDG MUNI BOND | D | Interest | M | T | | | | | |
| 117. | GALAXY GOVERNMENT FUND TRUST MUTUAL FUND | A | Dividend | K | T | | | | | |
| 118. | MORGAN STANLEY INST INTL EQUITY FD A MUTUAL FUND | A | Dividend | J | T | PS | 4/7 | J | A | PARTIAL SALE |
| 119. | NASDAQ - 100 SHRS MUTUAL FUND | A | Dividend | | | SELL | 11/11 | J | A | |
| 120. | S & P 500 DEPOSITORY MUTUAL FUND | A | Dividend | | | SELL | 3/5 | J | A | |
| 121. | T ROWE PRICE EQ GROWTH MID CAP INST MF | A | Dividend | A | T | BUY & PS | 5/28 | J | A | BUY & PARTIAL |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

Report Date - May 15, 2004

I was, during the period beginning January 1, 2003 through December 31, 2003, an officer and/or director and/or a partner in certain corporations and/or other entities, as follows:

1.  Pocasset Village Associates (real estate limited partnership) limited partner.

2.  Blackstone Associates (real estate general partnership) - general partner (investment property only).

3.  Friendship Realty Group (real estate general partnership) - general partner (investment property only).

4.  Selya Properties (real estate general partnership) - general partner (investment property only).

5.  RI State - Federal Judicial Council Chairman.

6.  Rhode Island Hospital (a non-profit corporation) - Trustee Emeritus.

7.  Bryant College (a non-profit corporation) - Trustee Emeritus.

8.  Lifespan Corporation (non-profit holding company for Rhode Island, Miriam, Emma P. Bradley and Newport Hospitals) - Director.

9.  Boston College Law School adjunct professor.

10. Boston University Law School adjunct professor.

11. Hospital Associations of Rhode Island (a non-profit corporation) - Director.

L:\30000\37915\SELYAPOSITIONS04.doc

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | SELYA, BRUCE M | 5/15/2004 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

Date _____ May 14, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544